UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC.; and CAROLYN MCGUFFIN, | |
| Plaintiffs, | |
| v. | Case No. 1:16-cv-880-WTL-DML |
| CAROLYN SMITLEY, individually and as trustee of the Smitley Family Trust, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY**

This matter is before the court on Plaintiff's Motion to Compel Defendant to Respond to Discovery. For good cause shown, the court, being duly advised, now GRANTS the motion.

IT IS ORDERED that Defendant Carolyn Smitley must respond to Plaintiff Fair Housing Center's outstanding written discovery (Plaintiff Fair Housing Center's First Set of Interrogatories, First Set of Requests for Admission, and Second Set of Requests for Production) within 10 days, and to identify a time for Smitley's deposition, that time to be within the next 30 days, or, alternatively, to file, within ten days, a rule 26(c) motion substantiating Smitley's claim that she is unable, for health reasons, to be deposed.

So ORDERED.

Date: November ____, 2016

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-Registered counsel of record via email generated by the court's ECF system