### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC.; and JESSICA CARLTON, in her capacity as personal representative of the estate of Carolyn McGuffin, | |
| Plaintiffs, | Case No. 1:16-cv-880-WTL-DML |
| v. | |
| CAROLYN SMITLEY, individually and as trustee of the Smitley Family Trust, | |
| Defendant. | |

**MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT CAROLYN SMITLEY IN HER CAPACITY AS TRUSTEE OF THE SMITLEY FAMILY TRUST AND TO SET DAMAGES HEARING**

Plaintiffs hereby move for entry of a default judgment in favor of plaintiffs and against defendant Carolyn Smitley in her capacity as trustee of the Smitley family Trust. Plaintiffs also hereby move for issuance of an order setting a damages hearing with regard to Carolyn Smitley in her capacity as trustee of the Smitley Family Trust on March 12, 2018, at 9:00 a.m.

There is good cause to grant these motions for the following reasons:

First, plaintiffs sued Smitley on April 19, 2016, individually and as trustee of the Smitley Family Trust. (Dkt. 1, 36). Smitley, individually and as trustee, answered on June 15, 2016. (Dkt. 15).

Second, on December 27, 2017, the Court entered default against Smitley in her capacity as trustee of the Smitley Family Trust only. (Dkt. 69).

Third, on January 10, 2018, the Court entered a default judgment against Smitley in her individual capacity only. (Dkt. 71). In that same order, the Court set a damages hearing for March 12, 2018, at 9:00 a.m. (*Id.*).

Fourth, by this motion, plaintiffs seek to coordinate the presentation of evidence in one hearing, set for March 12, 2018, at 9:00 a.m., as to their claims for relief against Smitley, individually and in her capacity as trustee of the Smitley Family Trust.

Accordingly, there is good cause to grant these motions.

Dated: January 26, 2018.

Respectfully submitted,

| | |
|---|---|
| *s/ Thomas E. Crishon* | *s/ Christopher Brancart* |
| Thomas E. Crishon (No. 28513-49) | Christopher Brancart (CA128475) |
| Melissa L. Keyes (No. 30152-49) | BRANCART & BRANCART |
| INDIANA DISABILITY RIGHTS | Post Office Box 686 |
| 4701 N. Keystone Ave., Suite 222 | Pescadero, CA 94060 |
| Indianapolis, IN 46205 | 650/879-0141 |
| 317/722-5555 | Fax: 650/879-1103 |
| Fax: 317/722-5564 | cbrancart@brancart.com |
| tcrishon@indianadisabilityrights.org | |
| mkeyes@indianadisabilityrights.org | |

Attorneys for Plaintiffs

## Certificate of Service

On January 26, 2018, I served all parties by filing with the Court's CM/ECF system and by first-class mail the attached document, **MOTIONS FOR ENTRY OF DEFAULT JUDGEMENT AS TO DEFENDANT CAROLYN SMITLEY IN HER CAPACITY AS TRUSTEE OF THE SMITLEY FAMILY TRUST AND TO SET DAMAGES HEARING.**

The CM/ECF system delivered the document by email to:

> Melissa L. Keyes
> INDIANA DISABILITY RIGHTS
> 4701 N. Keystone Ave., Suite 222
> Indianapolis, IN 46205
> mkeyes@indianadisabilityrights.org
>
> Christopher Brancart
> BRANCART & BRANCART
> P.O. Box 686
> Pescadero, CA 94060
> cbrancart@brancart.com

The document was sent by first-class mail to:

> Carolyn Smitley
> 7309 S. Arlington Avenue
> Indianapolis, IN 46237

s/ *Thomas E. Crishon*
Thomas E. Crishon
