UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC.; and JESSICA CARLTON, in her capacity as personal representative of the estate of Carolyn McGuffin, <br><br> Plaintiffs, <br><br> v. <br><br> CAROLYN SMITLEY, individually and as trustee of the Smitley Family Trust, <br><br> Defendant. | Case No. 1:16-cv-880-WTL-DML |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT CAROLYN SMITLEY IN HER CAPACITY AS TRUSTEE OF THE SMITLEY FAMILY TRUST AND TO SET DAMAGES HEARING**

This matter is before the Court on Plaintiffs' Motions for Entry of Default Judgment as to Defendant Carolyn Smitley in her Capacity as Trustee of the Smitley Family Trust and to Set Damages Hearing. The Court, being duly advised, now GRANTS said motions.

IT IS ORDERED that the damages hearing with regard to Carolyn Smitley in her individual capacity scheduled for March 12, 2018, at 9:00 a.m. will also include determination of damages against Carolyn Smitley in her capacity as trustee of the Smitley Family Trust.

So ORDERED.

Date: January \_\_\_\_, 2017

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copy by United State Mail to:

Carolyn Smitley
7309 S. Arlington Ave.
Indianapolis, IN 46237

Copies to all counsel of record via electronic notification