UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC. et al., | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 1:16-cv-880-WTL-DML |
| vs. | ) ) |
| CAROLYN SMITLEY et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

The Court having granted the Plaintiffs' motion for default judgment and held a damages hearing, judgment is hereby **ENTERED** in favor of the Plaintiffs and against the Defendants, jointly and severally, as follows.

Damages in the amount of $25,000 compensatory damages and $50,000 punitive damages are awarded to Plaintiff Jessica Carlton. Damages in the amount of $11,501.82 compensatory damages and $34,505.46 in punitive damages are awarded to Plaintiff Fair Housing Center of Central Indiana.

The Court awards attorney's fees in the amount of $95,214.50 in fees, which include $40,199.50 for the work performed by Brancart & Brancart and $55,015.00 for work performed by attorneys at Indiana Disability Rights.

Further, the Court has reviewed the costs and expenses sought by Plaintiffs' counsel and, finding them to be reasonably incurred, awards $3,525.97, which represents $3,398.83 in costs and expenses incurred by Brancart & Brancart and $127.14 in costs and expenses incurred by attorneys at Indiana Disability Rights.

The Court also orders injunctive relief as follows: 1. The Defendants shall not discriminate in any respect in the rental of dwellings; 2. The Defendants shall adopt and

implement a written reasonable accommodation and modification policy prohibiting discrimination on the basis of disability in the operation of the subject property and any other residential properties Smitley or the Smitley Family Trust owns; 3. The Defendants shall adopt and implement a written policy prohibiting discrimination on the basis of familial status in the operation of the subject property and any other residential properties Smitley or the Smitley Family Trust owns; and 4. The Defendants shall remove the "Adults Only" sign from the subject property and post and maintain a fair housing sign in a form approved by the United States Department of Housing and Urban Development.

SO ORDERED: 7/3/18

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United State Mail to:**

**Carolyn Smitley**
**7309 S. Arlington Ave.**
**Indianapolis, IN  46237**


Copies to all counsel of record via electronic notification